UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In Re:

OSCAR U. VELASQUEZ A/K/A
OSCAR U. VELASQUEZ-HERNANDEZ

Debtor(s)
---------------------------------------------------------X

Chapter    13

Case No. 8-18-70303-reg

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

102 Jordan Street, Bay Shore, NY 11706
*[Identify the Property]*

5440
*[Last 4 Digits of Loan Number]*

Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134
*[Creditor's Name and Address]*

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: /s/ Oscar U. Velasquez        Date: February 12, 2018

Print Name: Oscar U. Velasquez
*[First and Last Name]*

Telephone Number: 631-273-0202
*[i.e. 999-999-9999]*

E-mail Address [if any]: bky@goffices.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

| | |
|---|---|
| **IN RE:** | Chapter 13 |
| | **Case Number: 8-18-70303-reg** |
| **OSCAR U. VELASQUEZ A/K/A** | |
| **OSCAR U. VELASQUEZ-HERNANDEZ** | |
| | |
| Debtor. | |

-------------------------------------------------------------X

**Affirmation of Service**

     Ivan E. Guerrero, Esq, an Attorney duly licensed to practice law in the Courts of the State of New York, after being duly sworn on oath and under the penalty of perjury, affirms that on February 16, 2018 he mailed a copy of the Loss Mitigation Request by Debtor, by first class mail postage prepaid to:

BRYAN CAVE LLP
1290 Avenue of Americas
New York, NY 10104

Caliber Home Loans, In
13801 Wireless Way
Oklahoma City, OK 73134

RAS BORISKIN, LLC
900 Merchants Concourse
Suite 106
Westbury, NY 11590


*/s/ Ivan E. Guerrero*
Ivan E. Guerrero, Esq.